IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELA ROPER and RENEE JOHNSON, for themselves and all others similarly situated, | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 18-5270 |
| v. | : : : | |
| VERIZON COMMUNICATIONS, INC., VERIZON PENNSYLVANIA LLC, and CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, | : : : : : | |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this 4th day of December, 2020, after considering (1) the defendants' motion for summary judgment as to the issue of joint employer, statement of material facts in support of the motion, and memorandum of law in support of the motion (Doc. Nos. 42-44); (2) the plaintiffs' response in opposition to the motion for summary judgment, including the statement of genuine issues, response to the defendants' statement of material facts, and memorandum of law in opposition to the motion (Doc. No. 62); and (3) the defendants' reply to the response in opposition (Doc. No. 63); and the court having heard oral argument on the motion on July 1, 2020; accordingly, it is hereby **ORDERED** as follows:

1. The motion for summary judgment as to the issue of joint employer (Doc. No. 42) is **GRANTED**; and

2. The court having found that Verizon Communications, Inc. is not a joint employer of the plaintiffs, Verizon Communications, Inc. is **DISMISSED WITH PREJUDICE**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.