A/R,CASREF,SPECIAL

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:18–cv–05270–EGS

| | |
|---|---|
| ROPER et al v. VERIZON COMMUNICATIONS, INC. et al | Date Filed: 12/07/2018 |
| Assigned to: HONORABLE EDWARD G. SMITH | Jury Demand: Both |
| Referred to: MAGISTRATE JUDGE MARILYN HEFFLEY | Nature of Suit: 710 Labor: Fair Standards |
| Cause: 29:201 Fair Labor Standards Act | Jurisdiction: Federal Question |

**Plaintiff**

**ANGELA ROPER**                          represented by **DAVID J. COHEN**
STEPHAN ZOURAS LLP
604 SPRUCE STREET
PHILADELPHIA, PA 19106
215–873–4836
Email: dcohen@stephanzouras.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES B. ZOURAS**
STEPHAN ZOURAS LLP
100 N. RIVERSIDE PLAZA
SUITE 2150
CHICAGO, IL 60606
312–233–1550
Fax: 312–233–1560
Email: jzouras@stephanzouras.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RYAN F. STEPHAN**
STEPHAN ZOURAS LLP
100 N. RIVERSIDE PLAZA
SUITE 2150
CHICAGO, IL 60601
312–233–1550
Fax: 312–233–1560
Email: rstephan@stephanzouras.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RENEE JOHNSON**                          represented by **DAVID J. COHEN**
*FOR THEMSELVES AND ALL OTHERS*                          (See above for address)
*SIMILARLY SITUATED*                          *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES B. ZOURAS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RYAN F. STEPHAN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**VERIZON COMMUNICATIONS, INC.**          represented by    **BRIAN JORGENSEN**
*TERMINATED: 12/04/2020*                                   JONES DAY
                                                           2727 N. HARWOOD STREET
                                                           SUITE 600
                                                           DALLAS, TX 75201
                                                           214–969–3741
                                                           Email: bmjorgensen@jonesday.com
                                                           *TERMINATED: 12/04/2020*

                                                           **JAMES S. URBAN**
                                                           JONES DAY
                                                           500 GRANT STREET
                                                           SUITE 3100
                                                           PITTSBURGH, PA 15219
                                                           412–391–3939
                                                           Email: jsurban@jonesday.com
                                                           *TERMINATED: 12/04/2020*

                                                           **NATALIA DELAUNE**
                                                           JONES DAY
                                                           2727 NORTH HARWOOD ST
                                                           SUITE 600
                                                           DALLAS, TX 75201
                                                           214–969–5258
                                                           Email: ndelaune@jonesday.com
                                                           *TERMINATED: 12/04/2020*

                                                           **STANLEY WEINER**
                                                           JONES DAY
                                                           2727 NORTH HARWOOD STREET
                                                           SUITE 600
                                                           DALLAS, TX 75201
                                                           214–969–3731
                                                           Email: sweiner@jonesday.com
                                                           *TERMINATED: 12/04/2020*

**Defendant**

**CELLCO PARTNERSHIP**                    represented by    **JAMES S. URBAN**
*doing business as*                                        (See above for address)
VERIZON WIRELESS                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **BRIAN JORGENSEN**
                                                           (See above for address)

*ATTORNEY TO BE NOTICED*

**NATALIA DELAUNE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STANLEY WEINER**
(See above for address)
*TERMINATED: 12/29/2020*

<u>Defendant</u>

**VERIZON PENNSYLVANIA LLC**  represented by  **JAMES S. URBAN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/07/2018 | Ï 1 | COMPLAINT against CELLCO PARTNERSHIP, VERIZON COMMUNICATIONS, INC. ( Filing fee $ 400 receipt number 188968.), filed by ANGELA ROPER, RENEE JOHNSON. (Attachments: # 1 Exhibit A1 Roper Consent, # 2 Exhibit A2 Johnson Consent, # 3 Civil Cover Sheet, # 4 Designation Form, # 5 Case Management Track Form)(ahf) (Entered: 12/07/2018) |
| 12/07/2018 | Ï | Summons Issued as to CELLCO PARTNERSHIP, VERIZON COMMUNICATIONS, INC. 2 Forwarded To: Counsel on 12/7/2018. (ahf) (Entered: 12/07/2018) |
| 12/07/2018 | Ï | DEMAND for Trial by Jury by RENEE JOHNSON, ANGELA ROPER. (ahf) (Entered: 12/07/2018) |
| 01/08/2019 | Ï 2 | APPLICATION for Admission Pro Hac Vice of James B. Zouras by RENEE JOHNSON, ANGELA ROPER. ( Filing fee $ 40 receipt number 0313–13268666.). (COHEN, DAVID) (Entered: 01/08/2019) |
| 01/08/2019 | Ï 3 | ORDER THAT THE APPLICATION OF JAMES B. ZOURAS, ESQUIRE, TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(B) IS GRANTED. SIGNED BY HONORABLE EDWARD G. SMITH ON 1/8/19. 1/8/19 ENTERED AND COPIES E–MAILED.(er, ) (Entered: 01/08/2019) |
| 01/11/2019 | Ï 4 | APPLICATION for Admission Pro Hac Vice of Ryan F. Stephan by RENEE JOHNSON, ANGELA ROPER. ( Filing fee $ 40 receipt number 0313–13279270.). (COHEN, DAVID) (Entered: 01/11/2019) |
| 01/14/2019 | Ï 5 | ORDER THAT THE APPLICATION OF RYAN F. STEPHAN, ESQUIRE, TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(B) IS GRANTED. SIGNED BY HONORABLE EDWARD G. SMITH ON 1/14/19. 1/14/19 ENTERED AND COPIES E–MAILED.(er, ) (Entered: 01/14/2019) |
| 01/14/2019 | Ï 6 | STIPULATION *For Extension of Time to Respond to Class and Collective Action Complaint* by CELLCO PARTNERSHIP, VERIZON COMMUNICATIONS, INC.. (URBAN, JAMES) Modified on 1/15/2019 (lvj, ).(FILED IN ERROR BY ATTORNEY; FORWARD TO JUDGE FOR APPROVAL) (Entered: 01/14/2019) |
| 01/15/2019 | Ï 7 | STIPULATION AND ORDER THAT DEFENDANTS VERIZON COMMUNICATIONS, INC. AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE CLASS AND COLLECTIVE ACTION COMPLAINT (SEE |

| | | |
|---|---|---|
| | | DOCKET NO. 1) IS EXTENDED THROUGH AND INCLUDING FEBRUARY 18, 2019. THIS IS THE FIRST STIPULATION FOR AN EXTENSION OF TIME. NO PRIOR EXTENSION HAS BEEN GRANTED. THE EXTENSION IS FOR A PERIOD NOT EXCEEDING THIRTY (30) DAYS, ETC. SIGNED BY HONORABLE EDWARD G. SMITH ON 1/15/19. 1/15/19 ENTERED AND COPIES E−MAILED.(er, ) (Entered: 01/15/2019) |
| 02/18/2019 | Ï 8 | *Defendant Verizon Communications Inc.'s* ANSWER to 1 Complaint, by VERIZON COMMUNICATIONS, INC. Affirmative Defenses, Certificate of Service.(URBAN, JAMES) Modified on 2/21/2019 (tjd). (Entered: 02/18/2019) |
| 02/18/2019 | Ï 9 | *Defendant Cellco Partnership d/b/a Verizon Wireless's* ANSWER to 1 Complaint, by CELLCO PARTNERSHIP. Affirmative Defenses, Certificate of Service.(URBAN, JAMES) Modified on 2/21/2019 (tjd). (Entered: 02/18/2019) |
| 02/18/2019 | Ï 10 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by VERIZON COMMUNICATIONS, INC..(URBAN, JAMES) (Entered: 02/18/2019) |
| 02/18/2019 | Ï 11 | Disclosure Statement Form pursuant to FRCP 7.1 including Verizon Communications Inc. with Certificate of Service by CELLCO PARTNERSHIP.(URBAN, JAMES) (Entered: 02/18/2019) |
| 02/19/2019 | Ï 12 | NOTICE of Hearing:Please be advised that an initial pretrial conference has been scheduled before Judge Edward G. Smith in the above−captioned case. The conference will be held at the Holmes Building, 101 Larry Holmes Drive, 4th Floor, Easton, Pennsylvania 18042 on Thursday, March 21, 2019, at 10:00 a.m. (sres, ) (Entered: 02/19/2019) |
| 02/28/2019 | Ï 13 | MOTION for Pro Hac Vice *for Stanley Weiner* ( Filing fee $ 40 receipt number 0313−13381938.) filed by CELLCO PARTNERSHIP, VERIZON COMMUNICATIONS, INC..Declaration, Sponsor's Statement, Certificate of Service, Proposed Order. (Attachments: # 1 Exhibit A − Declaration, # 2 Exhibit B − Sponsor's Statement, # 3 Text of Proposed Order)(URBAN, JAMES) (Entered: 02/28/2019) |
| 02/28/2019 | Ï 14 | MOTION for Pro Hac Vice *for Brian Jorgensen* ( Filing fee $ 40 receipt number 0313−13382067.) filed by CELLCO PARTNERSHIP, VERIZON COMMUNICATIONS, INC..Declaration, Sponsor's Statement, Certificate of Service, Proposed Order. (Attachments: # 1 Exhibit A − Declaration, # 2 Exhibit B − Sponsor's Statement, # 3 Text of Proposed Order)(URBAN, JAMES) (Entered: 02/28/2019) |
| 02/28/2019 | Ï 15 | MOTION for Pro Hac Vice *for Natalia Delaune* ( Filing fee $ 40 receipt number 0313−13382101.) filed by CELLCO PARTNERSHIP, VERIZON COMMUNICATIONS, INC..Declaration, Sponsor's Statement, Certificate of Service, Proposed Order. (Attachments: # 1 Exhibit A − Declaration, # 2 Exhibit B − Sponsor's Statement, # 3 Text of Proposed Order)(URBAN, JAMES) (Entered: 02/28/2019) |
| 02/28/2019 | Ï 16 | ORDER THAT THE APPLICATION OF STANLEY WEINER, ESQUIRE, TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(B) IS GRANTED. SIGNED BY HONORABLE EDWARD G. SMITH ON 2/28/19.3/1/19 ENTERED AND COPIES E−MAILED.(er, ) (Entered: 03/01/2019) |
| 02/28/2019 | Ï 17 | ORDER THAT THE APPLICATION OF NATALIA DELAUNE, ESQUIRE, TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(B) IS GRANTED. SIGNED BY HONORABLE EDWARD G. SMITH ON 2/28/19.3/1/19 ENTERED AND COPIES MAILED WITH ECF FORMS AND E−MAILED.(er, ) (Entered: 03/01/2019) |
| 02/28/2019 | Ï 18 | ORDER THAT THE APPLICATION OF BRIAN JORGENSEN, ESQUIRE, TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(B) IS GRANTED. SIGNED BY HONORABLE EDWARD G. SMITH ON 2/28/19.3/1/19 ENTERED AND COPIES MAILED AND E−MAILED.(er, ) (Entered: 03/01/2019) |

| 03/21/2019 | Ï 19 | Minute Entry for proceedings held before HONORABLE EDWARD G. SMITH Initial Pretrial Conference was held on 3/21/2019 in the Courtroom. (DT) (Entered: 03/21/2019) |
|---|---|---|
| 03/21/2019 | Ï 20 | ORDER OF 3/21/2019 THAT AFTER AN INITIAL PRETRIAL CONFERENCE WITH COUNSEL FOR THE PARTIES AND BY AGREEMENT OF THE PARTIES IT IS HEREBY ORDERED THAT THE PLAINTIFFS SHALL FILE AN AMENDED COMPLAINT BY NO LATER THAN MAY 10, 2019; THE DEFENDANTS SHALL FILE A RESPONSE TO THE AMENDED COMPLAINT BY NO LATER THAN MAY 24, 2019; AND THE COURT WILL HOLD A TELEPHONE CONERENCE WITH COUNSEL FOR THE PARTIES TO DISCUSS THE SCHEDULE IN THIS MATTER ON MAY 28, 2019 AT 1:30PM. COUNSEL FOR THE PLAINTIFF SHALL INITIATE THE CALL. SIGNED BY JUDGE: EDWARD G. SMITH ON 3/21/2019. 3/21/2019 ENTERED AND COPIES E–MAILED. (DT) (Entered: 03/21/2019) |
| 05/07/2019 | Ï 21 | Joint MOTION for Protective Order *Regarding Confidential Documents and Information* filed by CELLCO PARTNERSHIP, VERIZON COMMUNICATIONS, INC...(URBAN, JAMES) (Entered: 05/07/2019) |
| 05/08/2019 | Ï 22 | JOINT CONFIDENTIALITY AGREEMENT. SIGNED BY HONORABLE EDWARD G. SMITH ON 5/8/19. 5/8/19 ENTERED AND COPIES E–MAILED.(er, ) (Entered: 05/08/2019) |
| 05/10/2019 | Ï 23 | AMENDED COLLECTIVE AND CLASS ACTION COMPLAINT against CELLCO PARTNERSHIP, VERIZON COMMUNICATIONS, INC., VERIZON PENNSYLVANIA LLC, filed by ANGELA ROPER, RENEE JOHNSON, Jury Demand. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(fdc) (Entered: 05/10/2019) |
| 05/10/2019 | Ï | Summons Issued as to VERIZON PENNSYLVANIA LLC. Forwarded To: David J. Cohen, Esq. on 5/10/19. (fdc) (Entered: 05/10/2019) |
| 05/16/2019 | Ï 24 | MOTION to Certify Class *PLAINTIFFS MOTION FOR CONDITIONAL CERTIFICATION AND NOTICE UNDER 29 U.S.C. § 216(b)* filed by RENEE JOHNSON, ANGELA ROPER.Memorandum, Declarations, Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Memorandum, # 3 Exhibit A – Proposed Notice, # 4 Exhibit B – Roper Dec, # 5 Exhibit C – Johnson Dec, # 6 Exhibit D – Adherence Reports, # 7 Exhibit E – Schedules, # 8 Exhibit F – Paystubs)(COHEN, DAVID) (Entered: 05/16/2019) |
| 05/16/2019 | Ï 25 | STIPULATION AND ORDER THAT FOR GOOD CAUSE SHOWN, THE DEADLINE FOR ORIGINAL DEFENDANTS VERIZON COMMUNICATIONS INC. AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, AND NEWLY JOINED DEFENDANT VERIZON PENNSYLVANIA LLC, TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE AMENDED COLLECTIVE AND CLASS ACTION COMPLAINT (SEE DOCKET NO. 23) IS EXTENDED FROM MAY 24, 2019 THROUGH AND INCLUDING JUNE 7, 2019, AND THAT THE DEADLINE FOR THE PARTIES TO EXCHANGE INITIAL DISCLOSURES IS EXTENDED FROM MAY 24, 2019 THROUGH AND INCLUDING JUNE 14, 2019. THE PARTIES FURTHER REQUEST THAT THE COURT RESCHEDULE THE CASE CONFERENCE FROM MAY 28, 2019 TO A MUTUALLY CONVENIENT DATE ON OR AFTER JUNE 11, 2019, ETC. SIGNED BY HONORABLE EDWARD G. SMITH ON 5/16/19. 5/16/19 ENTERED AND COPIES MAILED TO UNREP AND E–MAILED.(er, ) (Entered: 05/16/2019) |
| 05/17/2019 | Ï 26 | WAIVER OF SERVICE Returned Executed by ANGELA ROPER, RENEE JOHNSON. VERIZON PENNSYLVANIA LLC waiver sent on 5/13/2019, answer due 7/12/2019. (COHEN, DAVID) (Entered: 05/17/2019) |
| 05/20/2019 | Ï 27 | MOTION for Extension of Time to File *Opposition to Plaintiffs' Motion for Conditional Certification and Notice Under 29 U.S.C. §216(b)* filed by CELLCO PARTNERSHIP, VERIZON COMMUNICATIONS, INC., VERIZON PENNSYLVANIA LLC.Brief, Certificate of Service. (Attachments: # 1 Exhibit A–March 11 Letter, # 2 Exhibit B–March 18 Joint Status Report, # 3 |

| | | Text of Proposed Order Proposed Order)(URBAN, JAMES) (Entered: 05/20/2019) |
|---|---|---|
| 05/21/2019 | Ï28 | ORDER OF 5/21/2019 THAT THE PLAINTIFFS SHALL HAVE UNTIL NO LATER THAN FRIDAY, MAY 24, 2019, TO EITHER (1) NOTIFY THE COURT BY E–MAIL THAT THEY DO NOT OPPOSE THE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND NOTICE UNDER 29 U.S.C. 216(b)(DOC 27), OR (2) FILE A WRITTEN RESPONSE IN OPPOSITION TO THE MOTION FOR EXTENSION OF TIME; AND THE TELEPHONE CONFERENCE CURRENTLY SCHEDULED FOR TUESDAY, MAY 28, 2019 AT 1:30PM IN THIS MATTER (DOC. NO. 20) IS RESCHEDULED TO THURSDAY, JUNE 13, 2019 AT 3:00PM. COUNSEL FOR THE PLAINTIFF SHALL INTIATE THE CALL. ETC. SIGNED BY JUDGE: EDWARD G. SMITH ON 5/21/2019. 5/21/2019 ENTERED AND COPIES E–MAILED. (DT) (Entered: 05/21/2019) |
| 05/22/2019 | Ï29 | RESPONSE in Opposition re 27 MOTION for Extension of Time to File *Opposition to Plaintiffs' Motion for Conditional Certification and Notice Under 29 U.S.C. §216(b) PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION FOR EXTENSION OF TIME* filed by RENEE JOHNSON, ANGELA ROPER. (Attachments: # 1 Exhibit A – Correspondence)(COHEN, DAVID) (Entered: 05/22/2019) |
| 05/23/2019 | Ï30 | REPLY to Response to Motion re 27 MOTION for Extension of Time to File *Opposition to Plaintiffs' Motion for Conditional Certification and Notice Under 29 U.S.C. §216(b)* filed by CELLCO PARTNERSHIP, VERIZON COMMUNICATIONS, INC., VERIZON PENNSYLVANIA LLC. (URBAN, JAMES) (Entered: 05/23/2019) |
| 05/23/2019 | Ï31 | ORDER OF 5/23/2019 THAT THE COURT WILL HOLD A TELEPHONE CONFERENCE TO DISCUSS THE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO THE PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION (DOC. NO. 27) ON MAY 28, 2019 AT 11:30AM. COUNSEL FOR THE PLAINTIFFS SHALL INITIATE THE CALL. ETC. SIGNED BY JUDGE: EDWARD G. SMITH ON 5/23/2019. 5/23/2019 ENTERED AND COPIES E–MAILED. (DT) (Entered: 05/23/2019) |
| 05/28/2019 | Ï32 | Minute Entry for proceedings held before HONORABLE EDWARD G. SMITH. A Telephone Conference was held on 5/28/2019. (DT) (Entered: 05/28/2019) |
| 05/29/2019 | Ï33 | ORDER THAT THE MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND NOTICE UNDER 29 U.S.C. § 216(B) (DOC. NO. 27) IS GRANTED. THE TIME FOR THE DEFENDANTS TO FILE A RESPONSE TO THE MOTION FOR CONDITIONAL CERTIFICATION AND NOTICE UNDER 29 U.S.C. § 216(B) IS STAYED UNTIL FURTHER ORDER OF COURT, ETC. THE PARTIES SHALL HAVE UNTIL AUGUST 26, 2019, TO CONDUCT LIMITED DISCOVERY ON THE ISSUE OF WHETHER VERIZON COMMUNICATIONS, INC. IS A JOINT OR SINGLE EMPLOYER OF THE PLAINTIFFS. THE PARTIES MAY FILE MOTIONS FOR SUMMARY JUDGMENT ON THE LIMITED ISSUE IDENTIFIED IN PARAGRAPH 3 OF THIS ORDER BY NO LATER THAN SEPTEMBER 25, 2019. THE PARTIES MAY FILE RESPONSES IN OPPOSITION TO ANY MOTIONS FOR SUMMARY JUDGMENT FILED IN ACCORDANCE WITH PARAGRAPH 4 OF THIS ORDER BY NO LATER THAN OCTOBER 25, 2019. THE PARTIES MAY FILE ANY REPLY BRIEFS TO OPPOSITION SUBMISSIONS FILED IN ACCORDANCE WITH PARAGRAPH 5 OF THIS ORDER BY NO LATER THAN NOVEMBER 8, 2019. THE COURT WILL HOLD ORAL ARGUMENT ON THE MOTIONS FOR SUMMARY JUDGMENT ON THURSDAY, NOVEMBER 14, 2019, AT 10:00 A.M. AT THE HOLMES BUILDING, 101 LARRY HOLMES DRIVE, 4TH FLOOR, EASTON, PA 18042. SIGNED BY HONORABLE EDWARD G. SMITH ON 5/29/19.5/29/19 ENTERED AND COPIES E–MAILED.(er, ) (Entered: 05/29/2019) |
| 06/07/2019 | Ï34 | |

| | | |
|---|---|---|
| | | ANSWER to 23 Amended Complaint *and Affirmative and Other Defenses* by VERIZON COMMUNICATIONS, INC..(URBAN, JAMES) (Entered: 06/07/2019) |
| 06/07/2019 | Ï 35 | ANSWER to 23 Amended Complaint *and Affirmative and Other Defenses* by CELLCO PARTNERSHIP.(URBAN, JAMES) (Entered: 06/07/2019) |
| 06/07/2019 | Ï 36 | ANSWER to 23 Amended Complaint *and Affirmative and Other Defenses* by VERIZON PENNSYLVANIA LLC.(URBAN, JAMES) (Entered: 06/07/2019) |
| 06/07/2019 | Ï 37 | Disclosure Statement Form pursuant to FRCP 7.1 including Verizon Communications Inc. with Certificate of Service by VERIZON PENNSYLVANIA LLC.(URBAN, JAMES) (Entered: 06/07/2019) |
| 08/28/2019 | Ï 38 | JOINT STIPULATION FOR EXTENSION OF TIME THAT THE DEADLINE FOR COMPLETION OF DISCOVERY ON WHETHER VERIZON COMMUNICATIONS INC. IS A JOINT OR SINGLE EMPLOYER OF THE PLAINTIFFS (THE "LIMITED ISSUE") (SEE DOCKET NO. 33) SHALL BE ADJOURNED FROM AUGUST 26, 2019 THROUGH AND INCLUDING SEPTEMBER 25, 2019. THE DEADLINE FOR FILING MOTIONS FOR SUMMARY JUDGMENT ON THE LIMITED ISSUE IDENTIFIED IN PARAGRAPH I ABOVE SHALL BE ADJOURNED FROM SEPTEMBER 25, 2019 THROUGH AND INCLUDING OCTOBER 25, 2019. THE DEADLINE FOR FILING RESPONSES IN OPPOSITION TO ANY MOTIONS FOR SUMMARY JUDGMENT FILED IN ACCORDANCE WITH PARAGRAPH 2 ABOVE IS ADJOURNED FROM OCTOBER 25, 2019 THROUGH AND INCLUDING NOVEMBER 25, 2019. ORAL ARGUMENT ON THE MOTIONS FOR SUMMARY JUDGMENT IS EXTENDED FROM NOVEMBER 14, 2019 TO A MUTUALLY CONVENIENT DATE TO BE SET BY THE COURT ON OR AFTER DECEMBER 14, 2019, ETC. SIGNED BY HONORABLE EDWARD G. SMITH ON 8/28/19. 8/28/19 ENTERED AND COPIES E–MAILED.(er, ) (Entered: 08/28/2019) |
| 09/18/2019 | Ï 39 | ORDER THAT THE COURT WILL HOLD A TELEPHONE CONFERENCE ON MONDAY, SEPTEMBER 23, 2019, AT 4:00 P.M., TO DISCUSS THE DISPUTE, ETC. SIGNED BY HONORABLE EDWARD G. SMITH ON 9/18/19. 9/19/19 ENTERED AND COPIES E–MAILED.(er, ) (Entered: 09/19/2019) |
| 09/19/2019 | Ï 40 | ORDER OF 9/19/2019 THAT HAVING RECEIVED CORRESPONDENCE FROM THE PARTIES INDICATING THAT THEY HAVE NOT ATTEMPTED TO RESOLVE A DISCOVERY DISPUTE PRIOR TO INVOLVING THE COURT, IT IS HEREBY ORDERED THAT THE TELEPHONE CONFERENCE ON MONDAY, SEPTEMBER 23, 2019 AT 4:00PM IS CANCELLED. THE PARTIES MUST MAKE A GOOD FAITH ATTEMPT TO RESOLVE THIS DISPUTE ON THEIR OWN BEFORE REQUESTING THE COURT'S ASSISTANCE. SIGNED BY JUDGE: EDWARD G. SMITH ON 9/19/19. 9/19/19 ENTERED AND COPIES E–MAILED.(dt, ) (Entered: 09/19/2019) |
| 09/25/2019 | Ï 41 | STIPULATION AND ORDER THAT THE DEADLINE TO COMPLETE DISCOVERY ON WHETHER VERIZON COMMUNICATIONS INC., VERIZON PENNSYLVANIA LLC AND VERIZON WIRELESS ARE JOINT EMPLOYERS OF PLAINTIFFS SHALL BE ADJOURNED FROM SEPTEMBER 25, 2019 TO NOVEMBER 1, 2019. THE DEADLINE FOR DEFENDANTS TO FILE A SUMMARY JUDGMENT MOTION ON THE JOINT–EMPLOYER ISSUE SHALL BE ADJOURNED FROM OCTOBER 25, 2019 TO DECEMBER 2, 2019. PLAINTIFFS SHALL HAVE UNTIL JANUARY 9, 2020 TO FILE EITHER A MOTION UNDER FED. R. CIV. P. 56(D) OR AN OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT MOTION. DEFENDANTS SHALL HAVE UNTIL JANUARY 30, 2020 TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT OR, IF PLAINTIFFS MOVE PURSUANT TO RULE 56(D) FOR ADDITIONAL DISCOVERY, TO FILE THEIR OPPOSITION THERETO. THE COURT WILL HEAR ORAL ARGUMENT DEFENDANTS' SUMMARY JUDGMENT MOTION ON FEBRUARY 6, 2020, ETC. SIGNED BY HONORABLE |

| | | |
|---|---|---|
| | | EDWARD G. SMITH ON 9/25/19. 9/25/19 ENTERED AND COPIES E–MAILED.(er, ) (Entered: 09/25/2019) |
| 12/02/2019 | ï 42 | MOTION for Summary Judgment *as to the Issue of Joint Employer* filed by CELLCO PARTNERSHIP, VERIZON COMMUNICATIONS, INC., VERIZON PENNSYLVANIA LLC.Certificate of Service. (Attachments: # 1 Text of Proposed Order)(URBAN, JAMES) (Entered: 12/02/2019) |
| 12/02/2019 | ï 43 | Statement *of Material Facts in Support of Defendants' Motion for Summary Judgment as to the Issue of Alleged Joint Employment* by CELLCO PARTNERSHIP, VERIZON COMMUNICATIONS, INC., VERIZON PENNSYLVANIA LLC. (Attachments: # 1 Appendix, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11.1, # 13 Exhibit 11.2, # 14 Exhibit 11.3, # 15 Exhibit 11.4, # 16 Exhibit 11.5, # 17 Exhibit 12, # 18 Exhibit 13, # 19 Exhibit 14, # 20 Exhibit 15, # 21 Exhibit 16, # 22 Errata 17, # 23 Exhibit 18, # 24 Exhibit 19, # 25 Exhibit 20, # 26 Exhibit 21, # 27 Exhibit 22, # 28 Exhibit 23, # 29 Exhibit 24, # 30 Exhibit 25, # 31 Exhibit 26, # 32 Exhibit 27, # 33 Exhibit 28, # 34 Exhibit 29, # 35 Exhibit 30, # 36 Exhibit 31, # 37 Exhibit 32, # 38 Exhibit 33.1, # 39 Exhibit 33.2, # 40 Exhibit 34.1, # 41 Exhibit 34.2, # 42 Exhibit 35.1, # 43 Exhibit 35.2, # 44 Exhibit 36, # 45 Exhibit 37, # 46 Exhibit 38, # 47 Exhibit 39, # 48 Exhibit 40)(URBAN, JAMES) (Entered: 12/02/2019) |
| 12/02/2019 | ï 44 | Memorandum of Law in Support of 42 Motion for Summary Judgment as to the Issue of Joint Employer filed by CELLCO PARTNERSHIP, VERIZON COMMUNICATIONS, INC., VERIZON PENNSYLVANIA LLC.Memorandum, Certificate of Service. (\*\*MODIFIED PER CHAMBERS\*\*). (URBAN, JAMES) Modified on 1/7/2020 (ke, ). (Entered: 12/02/2019) |
| 12/23/2019 | ï 45 | MOTION to Strike 44 MOTION for Summary Judgment , *Memorandum of Law in Support of Motion for Summary Judgment as to the Issue of Joint Employer PLAINTIFFS MOTION TO STRIKE EXHIBITS 2, 14, 27, 32, 38 AND 39 FROM DEFENDANTS SUMMARY JUDGMENT MOTION* filed by RENEE JOHNSON, ANGELA ROPER.Memorandum, Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Memorandum, # 3 Exhibit 1 – D R.26 Disclosures, # 4 Exhibit 2 – D Int Resp, # 5 Exhibit 3 – P Deficiency Let 1, # 6 Exhibit 4 – D Deficiency Resp 1, # 7 Exhibit 5 – P Deficiency Let 2, # 8 Exhibit 6 – D Supp Int Resp, # 9 Exhibit 7 – D Doc Resp, # 10 Exhibit 8 – D Supp Doc Resp, # 11 Exhibit 9 – Conferral Emails, # 12 Exhibit 10 – D Glennon Dec, # 13 Exhibit 11 – D Barna Dec, # 14 Exhibit 12 – D NICE IEX Doc, # 15 Exhibit 13 – D Johnson Doc, # 16 Exhibit 14 – D Roper Doc, # 17 Exhibit 15 – D Shipman Dec)(COHEN, DAVID) (Entered: 12/23/2019) |
| 01/06/2020 | ï 46 | Memorandum re 45 MOTION to Strike 44 MOTION for Summary Judgment , *Memorandum of Law in Support of Motion for Summary Judgment as to the Issue of Joint Employer PLAINTIFFS MOTION TO STRIKE EXHIBITS 2, 14, 27, 32, 38 AND 39 FROM DEFENDANTS SUMMARY JU filed by CELLCO PARTNERSHIP, VERIZON COMMUNICATIONS, INC., VERIZON PENNSYLVANIA LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Text of Proposed Order)(URBAN, JAMES) (Entered: 01/06/2020)* |
| 01/06/2020 | ï 47 | PLFF'S MOTION FOR LEAVE TO TAKE REQUIRED ADDITIONAL DISCOVERY ON SPECIFIC ISSUES RAISED BY DEFTS' SUMMARY JUDGMENT MOTION by RENEE JOHNSON, ANGELA ROPER (Attachments: # 1 Text of Proposed Order, # 2 Declaration Cohen Dec)(COHEN, DAVID) Modified on 1/15/2020 (lvj, ). (Entered: 01/06/2020) |
| 01/07/2020 | ï 48 | ORDER THAT THE COURT WILL HOLD A TELEPHONE CONFERENCE TO DISCUSS THIS LATTER MOTION ON THURSDAY, JANUARY 9, 2020, AT 3:30 P.M., ETC. SIGNED BY HONORABLE EDWARD G. SMITH ON 1/7/20. 1/8/20 ENTERED AND COPIES E–MAILED.(er, ) (Entered: 01/08/2020) |

| 01/09/2020 | Ï 49 | MOTION to Withdraw 24 MOTION to Certify Class *PLAINTIFFS MOTION FOR CONDITIONAL CERTIFICATION AND NOTICE UNDER 29 U.S.C. § 216(b) MOTION TO WITHDRAW WITHOUT PREJUDICE PLAINTIFFS MOTION FOR CONDITIONAL CERTIFICATION AND NOTICE UNDER 29 U.S.C. § 216(b)* filed by RENEE JOHNSON, ANGELA ROPER.Certificate of Service.(COHEN, DAVID) (Entered: 01/09/2020) |
|---|---|---|
| 01/09/2020 | Ï 51 | Minute Entry for proceedings held before HONORABLE EDWARD G. SMITH: Telephone Conference held on 1/9/20. Court Reporter: ESR. (DUPLICATE ENTRY – FILED IN ERROR) (er, ) Modified on 1/10/2020 (er, ). (Entered: 01/10/2020) |
| 01/10/2020 | Ï 50 | Minute Entry for proceedings held before HONORABLE EDWARD G. SMITH. Motion Hearing held on 1/9/20. Telephone Conference On The Record. The Court and counsel discuss the procedural history of the case, pending motions, and scheduling. Court Reporter: ESR. (mas, ) (Entered: 01/10/2020) |
| 01/15/2020 | Ï 52 | ORDER THAT THE MOTION TO WITHDRAW WITHOUT PREJUDICE THE PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND NOTICE UNDER 29 U.S.C. § 216(B) (DOC. NO. 49) IS GRANTED. THE PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND NOTICE UNDER 29 U.S.C. § 216(B) (DOC. NO. 24) IS WITHDRAWNWITHOUT PREJUDICE TO THE PLAINTIFFS TO REFILE IT AFTER THE COURT RESOLVES THE ISSUES PRESENTED BY THE DEFENDANTS PENDING MOTION FOR SUMMARY JUDGMENT (WHICH THEY WILL HAVE LEAVE TO AMEND AS CONTEMPLATED BY THE TERMS OF THIS ORDER). THE MOTION FOR LEAVE TO TAKE ADDITIONAL DISCOVERY (DOC. NO. 47) IS GRANTED INSOFAR AS THE PLAINTIFFS SEEK TO DEPOSE VERONICA GLENNON, KIMBERLY BARNA, AND KAREN SHIPMAN. THE PLAINTIFFS SHALL HAVE A PERIOD OF THIRTY (30) DAYS FROM THE DATE OF THIS ORDER TO CONDUCT THIS ADDITIONAL DISCOVERY. IN ALL OTHER RESPECTS, THE MOTION IS DENIED. THE MOTION TO STRIKE (DOC. NO. 45) IS DENIED WITHOUT PREJUDICE TO THE PLAINTIFFS TO REFILE AFTER THE DEFENDANTS HAVE THE OPPORTUNITY TO AMEND THEIR EXISTING MOTION FOR SUMMARY JUDGMENT, ETC. SIGNED BY HONORABLE EDWARD G. SMITH ON 1/15/20.1/15/20 ENTERED AND COPIES E–MAILED.(er, ) (Entered: 01/15/2020) |
| 02/25/2020 | Ï 53 | ORDER OF 2/25/20 THAT HAVING RECEIVED DEFENSE COUNSEL'S LETTER DESCRIBING A DISCOVERY DISPUTE BETWEEN THE PARTIES AND REQUESTING A TELEPHONE CONFERENCE, IT IS HEREBY ORDERED THAT THIS CASE IS REFERRED TO U.S. MAGISTRATE JUDGE MARILYN HEFFLEY, WHO SHALL NOW SERVE AS A DISCOVERY MASTER IN THIS CASE TO ASSIST COUNSEL IN RESOLVING THE INSTANT DISCOVERY DISPUTE AND ALL OTHERS THAT MAY ARISE. SIGNED BY JUDGE: EDWARD G. SMITH ON 2/25/20. 2/25/20 ENTERED AND COPIES E–MAILED. (DT) (Entered: 02/25/2020) |
| 03/02/2020 | Ï 54 | NOTICE by RENEE JOHNSON, ANGELA ROPER re 53 Order Referring Case to Magistrate Judge, *Notice of Plaintiffs' Response to Defendants' Errata Objections* (Attachments: # 1 Exhibit A – Mitchell Dec., # 2 Exhibit B – Johnson Errata Packet, # 3 Exhibit C – Cohen Dec., # 4 Exhibit D – Roper Errata Packet, # 5 Exhibit E – Urban 2–5–20 Email, # 6 Exhibit F – Cohen 2–19–20 Email, # 7 Exhibit G – Urban 2–24–20 Letter, # 8 Exhibit H – Johnson Dep. Tr. Pgs., # 9 Exhibit I – Roper Dep. Tr. Pgs.)(COHEN, DAVID) (Entered: 03/02/2020) |
| 03/03/2020 | Ï 55 | NOTICE of Hearing: A TELEPHONE CONFERENCE REGARDING OUTSTANDING DISCOVERY DISPUTES WILL BE HELD MONDAY, MARCH 9, 2020 AT 3:00 PM BEFORE MAGISTRATE JUDGE MARILYN HEFFLEY. COUNSEL FOR PLAINTIFFS IS DIRECTED TO INITIATE THE CALL. JUDGE HEFFLEY CAN BE REACHED AT 267–299–7420.(sah) (Entered: 03/03/2020) |
| 03/06/2020 | Ï 56 | |

| | | |
|---|---|---|
| | | AMENDED NOTICE of Hearing: THE TELEPHONE CONFERENCE REGARDING OUTSTANDING DISCOVERY DISPUTES SCHEDULED FOR MONDAY, MARCH 9, 2020 AT 3:00 P.M. HAS BEEN RESCHEDULED TO TODAY, MARCH 6, 2020 AT 2:00 P.M. BEFORE MAGISTRATE JUDGE MARILYN HEFFLEY. COUNSEL FOR PLAINTIFFS IS DIRECTED TO INITIATE THE CALL. JUDGE HEFFLEY CAN BE REACHED AT 267–299–7420.(sah) (Entered: 03/06/2020) |
| 03/06/2020 | Ï 57 | ORDER THAT DEFENDANTS ARE AUTHORIZED TO TAKE SECOND DEPOSITIONS OF PLAINTIFFS ANGELA ROPER AND RENEE JOHNSON. THE DEPOSITIONS SHALL BE LIMITED IN SCOPE TO INQUIRIES RELATING TO THE ERRATA SHEETS SUBMITTED BY PLAINTIFFS WITH RESPECT TO THEIR INITIAL DEPOSITIONS. SIGNED BY MAGISTRATE JUDGE MARILYN HEFFLEY ON 3/6/20. 3/6/20 ENTERED & E–MAILED.(fdc) (Entered: 03/06/2020) |
| 03/06/2020 | Ï 58 | Minute Entry for proceedings held before MAGISTRATE JUDGE MARILYN HEFFLEY. A Telephone Conference regarding outstanding discovery disputes was held on 3/6/20. (fdc) (Entered: 03/06/2020) |
| 03/16/2020 | Ï 59 | NOTICE by RENEE JOHNSON, ANGELA ROPER re 52 Order on Motion to Strike,,,,, Order on Motion for Order,,,,, Order on Motion to Withdraw,,,, 57 Order, *Notice of Unopposed Request for Scheduling Extension Relating to COVID–19* (COHEN, DAVID) (Entered: 03/16/2020) |
| 03/17/2020 | Ï 60 | ORDER THAT THIS COURT'S MARCH 6, 2020 ORDER IS AMENDED AS FOLLOWS. THE PARTIES SHALL EXERCISE THEIR BEST EFFORTS TO COMPLETE THE DEPOSITIONS REFERENCED IN THAT ORDER ON OR BEFORE APRIL 20, 2020. SIGNED BY MAGISTRATE JUDGE MARILYN HEFFLEY ON 3/17/20. 3/17/20 ENTERED & E–MAILED.(fdc) (Entered: 03/17/2020) |
| 03/30/2020 | Ï 61 | ORDER THAT THE PLAINTIFFS' REQUEST FOR AN EXTENSION OF TIME IS GRANTED; 2.THE PLAINTIFFS SHALL FILE A RESPONSE TO THE PENDING MOTION FOR SUMMARY JUDGMENT BY NO LATER THAN WEDNESDAY, MAY 20, 2020; 3.THE DEFENDANTS SHALL HAVE UNTIL MONDAY, JUNE 1, 2020, TO FILE A REPLY TO THE PLAINTIFFS' RESPONSE; AND 4. THE COURT WILL SET A DATE FOR ORAL ARGUMENT IN A SUBSEQUENT ORDER. SIGNED BY HONORABLE EDWARD G. SMITH ON 3/30/20. 3/30/20 ENTERED AND COPIES E–MAILED.(er, ) (Entered: 03/30/2020) |
| 03/30/2020 | Ï | Set/Reset Deadlines as to 42 MOTION for Summary Judgment *as to the Issue of Joint Employer*. RESPONSES DUE BY 5/20/2020. REPLIES DUE BY 6/1/2020. (er, ) (Entered: 03/30/2020) |
| 05/19/2020 | Ï 62 | RESPONSE in Opposition re 42 MOTION for Summary Judgment *as to the Issue of Joint Employer PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF VERIZON COMMUNICATIONS, INC.S STATUS AS A JOINT EMPLOYER* filed by RENEE JOHNSON, ANGELA ROPER. (Attachments: # 1 Text of Proposed Order, # 2 Supplement Plaintiffs' Statement of Genuine Issues, # 3 Memorandum, # 4 Exhibit 1 – Barna Tr, # 5 Exhibit 2 – Glennon Tr, # 6 Exhibit 3 – Johnson Tr, # 7 Exhibit 4 – Roper Tr, # 8 Exhibit 5 – Shipman Tr, # 9 Exhibit 6 – Placeholder, # 10 Exhibit 7 – 10–K Form, # 11 Exhibit 8 – Glennon Errata, # 12 Exhibit 9 – Ann Report, # 13 Exhibit 10 – Code of Conduct, # 14 Exhibit 11 – Roper Errata, # 15 Exhibit 12 – Placeholder, # 16 Exhibit 13 – Adherence, # 17 Exhibit 14 – Placeholder, # 18 Exhibit 15 – Schedules, # 19 Exhibit 16 – Placeholder, # 20 Exhibit 17 – Placeholder, # 21 Exhibit 18 – Placeholder, # 22 Exhibit 19 – Paystubs, # 23 Exhibit 20 – Total Rewards, # 24 Exhibit 21 – Johnson Errata)(COHEN, DAVID) (Entered: 05/19/2020) |
| 06/01/2020 | Ï 63 | REPLY to Response to Motion re 42 MOTION for Summary Judgment *as to the Issue of Joint Employer* filed by VERIZON COMMUNICATIONS, INC., VERIZON PENNSYLVANIA LLC, VERIZON PENNSYLVANIA LLC. (Attachments: # 1 Declaration of Angelia Sposa)(URBAN, JAMES) (Entered: 06/01/2020) |

| 06/18/2020 | Ï64 | ORDER THAT THE COURT WILL HOLD ORAL ARGUMENT VIA TELEPHONE ON THE DEFENDANTS' MOTION ON WEDNESDAY, JULY 1, 2020 AT 1:30 P.M., ETC. SIGNED BY HONORABLE EDWARD G. SMITH ON 6/18/20. 6/18/20 ENTERED AND COPIES E–MAILED.(er, ) (Entered: 06/18/2020) |
|---|---|---|
| 07/01/2020 | Ï65 | Minute Entry for proceedings held before HONORABLE EDWARD G. SMITH: Oral Argument Hearing held on 7/1/20 re (42) MOTION for Summary Judgment as to the Issue of Joint Employer filed by VERIZON PENNSYLVANIA LLC, VERIZON COMMUNICATIONS, INC., CELLCO PARTNERSHIP. Court Reporter: ESR. (er, ) (Entered: 07/01/2020) |
| 12/04/2020 | Ï66 | MEMORANDUM OPINION. SIGNED BY HONORABLE EDWARD G. SMITH ON 12/4/20. 12/4/20 ENTERED AND COPIES E–MAILED.(er, ) (Entered: 12/04/2020) |
| 12/04/2020 | Ï67 | THE MOTION FOR SUMMARY JUDGMENT AS TO THE ISSUE OF JOINT EMPLOYER (DOC. NO. 42) IS GRANTED.THE COURT HAVING FOUND THAT VERIZON COMMUNICATIONS, INC. IS NOT A JOINT EMPLOYER OF THE PLAINTIFFS, VERIZON COMMUNICATIONS, INC. IS DISMISSED WITH PREJUDICE. SIGNED BY HONORABLE EDWARD G. SMITH ON 12/4/20. 12/4/20 ENTERED AND COPIES E–MAILED.(er, ) (Entered: 12/04/2020) |
| 12/04/2020 | Ï68 | ORDER THAT THE COURT WILL HOLD A TELEPHONE STATUS CONFERENCE ON WEDNESDAY, DECEMBER 9, 2020, AT 2:00 P.M., ETC. SIGNED BY HONORABLE EDWARD G. SMITH ON 12/4/20. 12/4/20 ENTERED AND COPIES E–MAILED.(er, ) (Entered: 12/04/2020) |
| 12/09/2020 | Ï69 | ORDER THAT THE COURT WILL HOLD A TELEPHONE CONFERENCE ON FRIDAY, DECEMBER 18, 2020, AT 2:30 P.M., ETC. SIGNED BY HONORABLE EDWARD G. SMITH ON 12/9/20. 12/9/20 ENTERED AND COPIES E–MAILED.(er, ) (Entered: 12/09/2020) |
| 12/10/2020 | Ï70 | Minute Entry for proceedings held before HONORABLE EDWARD G. SMITH: Telephone Conference held on 12/9/20. Court Reporter: None. (er, ) (Entered: 12/10/2020) |
| 12/23/2020 | Ï71 | ORDER THAT THE CLERK OF COURT IS DIRECTED TO TRANSFER FORTHWITH PLAINTIFF RENEE JOHNSONS CLAIMS AGAINST CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS TO THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS; AND THE PLAINTIFF, RENEE JOHNSON, SHALL FILE AN AMENDED COMPLAINT IN THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ON OR BEFORE JANUARY 15, 2021. SIGNED BY HONORABLE EDWARD G. SMITH ON 12/23/20. 12/23/20 ENTERED AND COPIES E–MAILED.(mas, ) (Entered: 12/23/2020) |
| 12/28/2020 | Ï72 | Consent MOTION to Withdraw as Attorney *the Appearance of Stanley Weiner* filed by CELLCO PARTNERSHIP, VERIZON COMMUNICATIONS, INC., VERIZON PENNSYLVANIA LLC, VERIZON PENNSYLVANIA LLC.Motion. (Attachments: # 1 Certificate of Service)(URBAN, JAMES) (Entered: 12/28/2020) |
| 12/29/2020 | Ï73 | ORDER OF 12/29/20 THAT THE MOTION OF STANLEY WEINER, TO WITHDRAW APPEARANCE IS GRANTED. ORDERED THAT STANLEY WEINER'S APPEARANCE IN THE ABOVE–CAPTIONED CASE SHALL BE WITHDRAWN. SIGNED BY JUDGE: EDWARD G. SMITH ON 12/29/20. 12/29/20 ENTERED AND COPIES E–MAILED. (DT) (Entered: 12/29/2020) |
| 12/30/2020 | Ï74 | ORDER THAT THE PLAINTIFF SHALL FILE AN AMENDED COMPLAINT ON OR BEFORE JANUARY 15, 2021; THE DEFENDANT SHALL FILE A RESPONSE TO THE AMENDED COMPLAINT ON OR BEFORE FEBRUARY 15, 2021; THE PLAINTIFF SHALL FILE A REVISED MOTION FOR CONDITIONAL CLASS CERTIFICATION BY FEBRUARY 26, 2021; AND THE COURT WILL HOLD A TELEPHONE CONFERENCE ON WEDNESDAY, MARCH |

3, 2021, AT 10:00 A.M. COUNSEL FOR THE PARTIES SHALL CALL 1–571–353–2300 AND USE PIN 363973916# TO ENTER THE CONFERENCE CALL. SIGNED BY HONORABLE EDWARD G. SMITH ON 12/30/20. 12/30/20 ENTERED AND COPIES E–MAILED.(mas, ) (Entered: 12/30/2020)