**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Renee Johnson, et al.

                              Plaintiff,

v.                                          Case No.: 1:21−cv−00187
                                            Honorable Gary Feinerman

Cellco Partnership, et al.

                              Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 23, 2022:

        MINUTE entry before the Honorable Gary Feinerman:Motion for settlement [164] is entered and continued. A briefing schedule [163] and fairness hearing [159] have already been set.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.