# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Renee Johnson, et al.

                     Plaintiff,

v.                                                Case No.: 1:21−cv−00187
                                                Honorable Gary Feinerman

Cellco Partnership, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 12, 2022:

      MINUTE entry before the Honorable Gary Feinerman:Fairness hearing held. For the reasons stated on the record, joint motion for final approval of class and collective action settlement [164] is granted. Enter order. Civil case closed.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.